**Order entered June 22, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00271-CR

## JAMES ANTHONY KIRVIN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 060407**

## ORDER

The Court **GRANTS** court reporter Cindy Bardwell's June 18, 2015 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Bardwell to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/     ADA BROWN
JUSTICE